# Court of Appeals
# of the State of Georgia

ATLANTA,  November 12, 2021

*The Court of Appeals hereby passes the following order:*

**A22A0524. ITHEMAS LAVONE ANDERSON v. THE STATE.**

In 2017, a jury found Ithemas Lavone Anderson guilty of two counts of armed robbery. The jury was unable to reach a verdict on two other counts of armed robbery, and the trial court declared a mistrial on those charges.[1] Following entry of his sentence, Anderson filed a motion for new trial. While the motion was pending, the trial court placed the two mis-tried armed robbery charges on the dead docket. On August 2, 2021, the trial court denied Anderson's motion for new trial, and Anderson filed this appeal. We, however, lack jurisdiction.

In *Seals v. State*, the Supreme Court determined that a criminal case in which charges have been dead-docketed is not final for purposes of appeal. See *Seals v. State*, 311 Ga. 739, __ (2) (860 SE2d 419) (2021). Accordingly, in order to appeal the denial of his motion for new trial, Anderson was required to comply with the

---

[1] The trial court directed a verdict on a charge of lottery ticket fraud, and an order of nolle prosequi was entered on a charge of possession of a firearm by a convicted felon.

interlocutory appeal procedure and obtain a certificate of immediate review. Id.; OCGA § 5-6-34 (b). His failure to do so deprives us of jurisdiction over this appeal, which is hereby DISMISSED.



*Court of Appeals of the State of Georgia*
         *Clerk's Office, Atlanta,*   11/12/2021

         *I certify that the above is a true extract from the minutes of the Court of Appeals of Georgia.*

         *Witness my signature and the seal of said court hereto affixed the day and year last above written.*

_____ *, Clerk.*